COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

GREGORIO GARCIA, JR.,         §         No. 08-16-00242-CR

               Appellant,         §         Appeal from the

v.         §         409th District Court

THE STATE OF TEXAS,         §         of El Paso County, Texas

               State.         §         (TC# 20150D02898)

§

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **April 15, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jim Darnell, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before April 15, 2017.

IT IS SO ORDERED this 14th day of March, 2017.


                                 PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.